1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10

11   BRIAN DAVIS,                         ) Case No. ED CV 11-2033 JCG
                                          )
12            Plaintiff,                  )
                                          )
13        v.                              ) **JUDGMENT**
                                          )
14   MICHAEL J. ASTRUE,                   )
     COMMISSIONER OF SOCIAL               )
15   SECURITY ADMINISTRATION,             )
                                          )
16            Defendant.                  )
                                          )
17                                        )
     _____   )
18

19

20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is **AFFIRMED**.

22

23   DATED: November 20, 2012

24                                    _____

25                                           Hon. Jay C. Gandhi

26                                        United States Magistrate Judge

27

28